UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re: )
)
   Samuel Edward Brown ) Case No: 05-12822
)
Debtor(s) )

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Samuel Edward Brown, in the amount of $727.01 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Samuel Edward Brown C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $727.01, to:

   Samuel Edward Brown
   C/o Dilks & Knopik, LLC
   35308 SE Center St
   Snoqualmie, WA 98065-9216

Dated: August 20, 2015

_/s/ William S. Shulman_
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE