UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:                              )
                                    )
    Ronald A. Safford           )  Case No: 98-13709
                                    )
                     Debtor(s)  )

AMENDED ORDER TO PAY UNCLAIMED FUNDS

    It appearing that the check made payable to GE Capital Auto Lease, Inc., in the amount of $268.27 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

    It further appearing that GE Capital Auto Lease, Inc c/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $268.27 to:

    GE Capital Auto Lease
    C/o Dilks & Knopik, LLC
    35308 SE Center St
    Snoqualmie, WA 98065-9216

Dated: August 27, 2015

                                    /s/ Henry A. Callaway
                                    HENRY A. CALLAWAY
                                    CHIEF U.S. BANKRUPTCY JUDGE